IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| IN RE:<br><br>**7333 New Hampshire T Units LLC,**<br><br>Debtor | Case No.: 25-19766<br><br>Chapter 11 |
|---|---|

**NOTICE OF APPEARANCE OF COUNSEL FOR**
**UNITED STATES TRUSTEE FOR REGION 4**

To the Clerk of the Court:

Kindly enter the appearance of L. Jeanette Rice as counsel for the United States Trustee for Region 4 in this case.

Dated: October 20, 2025

**MATTHEW W. CHENEY**
Acting United States Trustee for Region 4
By Counsel:

*/s/ L. Jeanette Rice*
L. Jeanette Rice, Bar No. 12933
Assistant United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD  20770
Telephone: (301) 344-6216
Fax: (301) 344-8431
Email: Jeanette.rice@usdoj.gov

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on October 20, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Notice of Appearance of Counsel for United States Trustee will be served electronically by the Court's CM/ECF system on the following:

- **US Trustee - Greenbelt     USTPRegion04.GB.ECF@USDOJ.GOV**
- **Maurice Belmont VerStandig     mac@mbvesq.com,** lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

                                        */s/L. Jeanette Rice*
                                        L. Jeanette Rice