# United States Bankruptcy Court
## District of Maryland

In re: 7333 New Hampshire T Units LLC  
Debtor(s)

Case No.  
Chapter 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for 7333 New Hampshire T Units LLC in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

October 19, 2025  
Date

/s/ Maurice Verstandig  
Maurice Verstandig 18071  
Signature of Attorney or Litigant  
Counsel for 7333 New Hampshire T Units LLC  
The Belmont Firm  
1050 Connecticut NW  
Suite 500  
Washington, DC 20036  
Fax:  
mac@mbvesq.com