IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| **In re:**<br><br>**7333 NEW HAMPSHIRE T UNITS, LLC,**<br><br>Debtor. | Case No. 25-19766- LSS<br>(Chapter 11 – Subchapter V) |

### NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

Angela L. Shortall
3Cubed Advisory Services, LLC
348 Thompson Creek Mall
Suite 339
Stevensville, MD 21666
Phone: 410-200-3465
ashortall@3cubed-as.com

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Date: October 20, 2025

**MATTHEW W. CHENEY**
Acting United States Trustee for Region 4

**By Counsel:**

*/s/ L. Jeanette Rice*
L. Jeanette Rice, Bar No.: 12933
6305 Ivy Lane, Suite 600
Greenbelt, MD  20770
(301) 344-6216
Fax: (301) 344-8431
E-mail: jeanette.rice@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY certify that on October 20, 2025, a copy of the Notice of Appointment of Subchapter V Trustee was served via ECF notification to:

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

*/s/ L. Jeanette Rice*
L. Jeanette Rice