United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 25-19766-LSS |
| 7333 New Hampshire T Units LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 21, 2025 | Form ID: pdfall | Total Noticed: 10 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 7333 New Hampshire T Units LLC, 1801 16th Street, NW#606, Washington, DC 20009-3324 |
| 32990173 | + | Comptroller of Maryland, Revenue Administration Division, PO Box 549, Annapolis, MD 21404-0549 |
| 32990175 | + | Hermes Espinoza, 7333 New Hampshire Avenue, Unit 902, Takoma Park, MD 20912-6965 |
| 32990178 | + | Lawrence Wachtel, Esq., 1401 Rockville Pike, Suite 560, Rockville, MD 20852-1434 |
| 32990177 | + | Lawrence Wachtel, Esq., 1401 Rockville Pike, Unit 560, Rockville, MD 20852-1434 |
| 32990179 | + | Montgomery County, 27 Courthouse Square, Suite 200, Rockville, MD 20850-2308 |
| 32990180 | + | Takoma Overlook Condominium Association, 401 N. Washington Street, Suite 500, Rockville, MD 20850-1789 |
| 32990181 | + | West 11, LLC, c/o Eskin Law, LLC, 1700 Reisterstown Rd Ste 212, Pikesville, MD 21208-2484 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 32990174 | + | Email/Text: angela.coleman@dc.gov | Oct 21 2025 19:16:00 | DC Office of Tax and Revenue, 1101 4th St., SW, 270, Washington, DC 20024-4457 |
| 32990176 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 21 2025 19:16:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | For Internal Use Only |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 23, 2025                       Signature:      /s/Gustava Winters

| District/off: 0416-0 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 21, 2025 | Form ID: pdfall | Total Noticed: 10 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| L. Jeanette Rice | Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| US Trustee - Greenbelt | USTPRegion04.GB.ECF@USDOJ.GOV |

TOTAL: 3

Entered: October 21st, 2025
Signed: October 20th, 2025
**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:    Case No.: **25−19766 − LSS**    Chapter: **11**

**7333 New Hampshire T Units LLC**
Debtor

## ORDER TO SHOW CAUSE AS TO DISMISSAL

The debtor filed a petition under Chapter 11 and stated that the debtor is a small business as defined under 11 U.S.C. § 101(51D). Section 1116(1) of the Bankruptcy Code requires that the debtor shall file with the petition the debtor's most recent balance sheet, statement of operations, cash flow statement, and federal tax return; or a statement under penalty of perjury that the required documents have not been prepared. The debtor filed neither the required documents, nor the affidavit. Accordingly, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the debtor shall show cause in writing, if there be any, filed within 14 days of the date of entry of this order, why this case should not be dismissed or converted to a case under Chapter 7 (whichever is in the best interests of creditors) pursuant to 11 U.S.C. § 1112(b)(4)(F).

cc:   Debtor
      Attorney for Debtor − Maurice Belmont VerStandig
      Case Trustee − For Internal Use Only
      All Creditors

## End of Order

39x19 (rev. 04/01/2022) − JosephChandler