## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:    Case No.: **25–19766 – LSS**    Chapter: **11**

**7333 New Hampshire T Units LLC**
Debtor

# DEFICIENCY NOTICE

**DOCUMENT:** 12 – Application to Employ Maurice VerStandig as General Reorganization Counsel and Verified Statement of Proposed Party Filed by 7333 New Hampshire T Units LLC. (Attachments: # 1 Declaration of Maurice VerStandig) (VerStandig, Maurice)

**PROBLEM:** **The following items are deficient for the above pleading, and must be cured by 11/10/25.**

**– A Proposed Order was not provided for consideration.**

**CURE:** – A proposed order with a list of those who should receive a copy must be filed. Also, a copy of the proposed order must be transmitted to all other parties to the matter. All proposed orders should be submitted in accordance with the Court's Electronic Filing Procedures. (Exhibit A to Administrative Order 03–02, Local Bankruptcy Rule 9013–3)

**CONSEQUENCE:** Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 10/27/25

                                        Mark A. Neal, Clerk of Court
                                        by Deputy Clerk, Joseph Chandler
                                        410–962–4425

cc:   Debtor
      Attorney for Debtor – Maurice Belmont VerStandig

defntc (rev. 09/01/2025)