IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

In re                                                                  Case No. 25-19766

7333 New Hampshire T Units LLC                          Chapter 11

      Debtor.
_____/

**DECLARATION OF MICHAEL POSTAL PURSUANT TO 11 U.S.C. §§ 1116(1), 1187(a)**

    1.    My name is Michael Postal, I am over the age of eighteen, and I am competent to testify to the matters set forth herein.

    2.    I am the sole and managing member of 7333 New Hampshire T Units LLC (the "Debtor").

    3.    The Debtor does not maintain a balance sheet.

    4.    The Debtor does not maintain a statement of operations.

    5.    The Debtor does not maintain a cash flow statement.

    6.    The Debtor's tax return, for the most recently filed year, is appended to this statement as Exhibit A. It bears notation that such tax return is filed under one of the alternative names used by the Debtor, as disclosed on the petition for bankruptcy relief, but utilizes the Debtor's taxpayer identification number.

    7.    Further declarant sayeth naught.

                                  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/27/2025                            *Michael Postal*
                                                Michael Postal