Entered: October 29th, 2025
Signed: October 29th, 2025

**SO ORDERED**



**LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:   Case No.: **25–19766 – LSS**   Chapter: **11**

**7333 New Hampshire T Units LLC**
Debtor

## ORDER DISSOLVING SHOW CAUSE ORDER
## AFTER RESPONSE

Upon consideration of the response filed by 7333 New Hampshire T Units LLC, to Show Cause Order, and good cause having been shown, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Show Cause Order entered October 21, 2025, is hereby DISSOLVED.

cc:  Debtor
     Attorney for Debtor – Maurice Belmont VerStandig

**End of Order**

39x12 (rev. 05/31/1990) – JosephChandler