United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 25-19766-LSS |
| 7333 New Hampshire T Units LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 1 |
| Date Rcvd: Oct 27, 2025 | Form ID: defntc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + 7333 New Hampshire T Units LLC, 1801 16th Street, NW#606, Washington, DC 20009-3324 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| L. Jeanette Rice | Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| US Trustee - Greenbelt | USTPRegion04.GB.ECF@USDOJ.GOV |

TOTAL: 3

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **25−19766 − LSS**   Chapter: **11**

**7333 New Hampshire T Units LLC**
Debtor

# DEFICIENCY NOTICE

| | |
|---|---|
| DOCUMENT: | 12 − Application to Employ Maurice VerStandig as General Reorganization Counsel and Verified Statement of Proposed Party Filed by 7333 New Hampshire T Units LLC. (Attachments: # 1 Declaration of Maurice VerStandig) (VerStandig, Maurice) |
| PROBLEM: | **The following items are deficient for the above pleading, and must be cured by 11/10/25.**<br><br>**− A Proposed Order was not provided for consideration.** |
| CURE: | − A proposed order with a list of those who should receive a copy must be filed. Also, a copy of the proposed order must be transmitted to all other parties to the matter. All proposed orders should be submitted in accordance with the Court's Electronic Filing Procedures. (Exhibit A to Administrative Order 03−02, Local Bankruptcy Rule 9013−3) |
| CONSEQUENCE: | Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution. |

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing−requirements.**
**Additional information for non−attorney filers: http://www.mdb.uscourts.gov/content/after−filing.**

Dated: 10/27/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Joseph Chandler
410−962−4425

cc: Debtor
Attorney for Debtor − Maurice Belmont VerStandig

defntc (rev. 09/01/2025)