Entered: December 1st, 2025
Signed: December 1st, 2025
SO ORDERED



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

| | |
|---|---|
| In re | Case No. 25-19766 |
| 7333 New Hampshire T Units LLC | Chapter 11 |
| Debtor. | |

## ORDER APPROVING APPLICATION TO APPROVE EMPLOYMENT OF MAURICE B. VERSTANDIG, ESQ. AND THE VERSTANDIG LAW FIRM, LLC AS GENERAL REORGANIZATION COUNSEL TO 7333 NEW HAMPSHIRE T UNITS LLC

Upon consideration of the Application to Approve Employment of Maurice VerStandig, Esq. and The VerStandig Firm, LLC as General Reorganization Counsel to 7333 New Hampshire T Units LLC (the "Application," with the debtor herein being known as the "Debtor"), any objections thereto, the record herein, and governing law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

FOUND, that Maurice VerStandig, Esq. is an attorney duly authorized to practice in the United States Bankruptcy Court for the District of Maryland; and it is further

FOUND, that Maurice VerStandig, Esq. and the VerStandig Law Firm, LLC do not hold any interest adverse to the Debtor or the estate; and it is further

FOUND, that Maurice VerStandig, Esq. and the VerStandig Law Firm, LLC are disinterested persons within the meaning set forth in Section 101(14) of Title 11 of the United States Code; and it is further

ORDERED, the Debtor be, and is hereby authorized to, employ under general retainer Maurice VerStandig, Esq. and The VerStandig Law Firm, LLC as general reorganization counsel to the Debtor; and it is further

ORDERED, that any compensation paid to Maurice VerStandig, Esq. and The VerStandig Law Firm, LLC is subject to the review of this Honorable Court, in conformity with governing law.

Copies:
All Counsel of Record