| | |
|---|---|
| **From:** | Adhikari, Bibha (USTP) |
| **To:** | mac@mbvesq.com |
| **Cc:** | ashortall@3cubed-as.com; Rice, Jeanette (USTP); Adhikari, Bibha (USTP); Ellis, Beth (USTP); Costa, Debi (USTP) |
| **Subject:** | Case#: 25-19766- 7333 New Hampshire T Units LLC - Welcome Letter. |
| **Date:** | Wednesday, October 22, 2025 1:46:40 PM |
| **Attachments:** | Receipt and Certification of Understanding Guidelines.pdf |
| | Authorization For Direct Contact.pdf |
| | USTP QFee Electronic Payments.pdf |
| | Authorized Depository List 052125.pdf |

Dear Mr. Maurice Verstandig:

The attached letter contains important information concerning the date of the Initial Debtor Interview, guidelines and reporting requirements, and the deadline to provide financial information to the United States Trustee. You are directed to the guidelines and financial information from the UST website at https://www.justice.gov/ust/media/1170456/dl?inline. Several of the documents may be completed online before printing.

Attached please find the documents related for the referenced case. We need your signature on both documents. The UST personnel handling the case and the relevant meeting dates and times are as follows:

Trial Attorney: Jeanette Rice.
Auditor: Bibha Adhikari.
Trustee (when applicable): Angela Shortall.
The Initial Debtor Interview documents are due by: 10/31/2025.
The Initial Debtor Interview is scheduled for the following date/time: **11/6/2025 at 2:00 PM**.
The 341 is scheduled for: **11/19/2025 at 10:00 AM.**

A list of the Authorized Depositories is attached for your convenience. Also, please note that beginning September 30, 2025, all quarterly fee payments must be made electronically through Pay.gov (see attached notice for details). If you are unable to download the Chapter 11 forms or have any questions regarding the materials or IDI/341 date or time, please contact our office immediately.

Kind regards,

Bibha Adhikari
Office of The United States Trustee
202-567-1559
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770