| | |
|---|---|
| **From:** | Adhikari, Bibha (USTP) |
| **To:** | mac@mbvesq.com |
| **Cc:** | ashortall@3cubed-as.com; Rice, Jeanette (USTP); Adhikari, Bibha (USTP) |
| **Subject:** | IDI Outstanding Letter for case #: 160-25-19766 (7333 New Hampshire T Units LLC). Please provide outstanding documentation by 11/14/2025. |
| **Date:** | Thursday, November 6, 2025 4:33:20 PM |
| **Attachments:** | IDI Outstanding Items Letter for case # 160-25-19766 (7333 New Hampshire T Units LLC).pdf |

Dear Mr. Maurice Verstandig:

The attached letter contains important information concerning the outstanding items from the Initial Debtor Interview for the above case.

As you are aware, Title 28, Section 586(a)(3) of the United States Code, directs the U.S. Trustee to supervise the administration of all Chapter 11 cases.

There are outstanding items from the United States Trustee Guidelines that need to be provided to our office. Items that are marked 'No' and the additional requests detailed in the attached letter still need to be addressed.

Pursuant to Local Rules, this request is being sent in an attempt to resolve any issues that may result in the U.S. Trustee filing an appropriate motion with the Bankruptcy Court. Please address the outstanding issues no later than: **11/14/2025.**

Kind regards,

Bibha Adhikari
Office of The United States Trustee
202-567-1559
6305 Ivy Lane, Ste. 600
Greenbelt, MD  20770