| | |
|---|---|
| **From:** | Adhikari, Bibha (USTP) |
| **To:** | Mac VerStandig |
| **Cc:** | Rice, Jeanette (USTP); Angela Shortall |
| **Subject:** | RE: 7333 New Hampshire T Units LLC, 25-19766 |
| **Date:** | Wednesday, November 19, 2025 11:32:35 AM |
| **Attachments:** | IDI Outstanding Letter for case # 160-25-19766 (7333 New Hampshire T Units LLC). Please provide outstanding documentation by 11142025..msg |

In addition, we have not received the previously requested items.

Thank you,

Kind Regards,

**Bibha Adhikari**
**Bankruptcy Auditor**

**From:** Rice, Jeanette (USTP) <Jeanette.Rice@usdoj.gov>
**Sent:** Wednesday, November 19, 2025 11:04 AM
**To:** Mac VerStandig <mac@mbvesq.com>; Angela Shortall <ashortall@3cubed-as.com>
**Cc:** Adhikari, Bibha (USTP) <Bibha.Adhikari3@usdoj.gov>
**Subject:** 7333 New Hampshire T Units LLC, 25-19766

Mr. VerStandig,

As discussed at the 341 meeting, please provide the following information/documents by December 1, 2025:

1. The Debtor has a tenant in one of the units. Does the Debtor require a rental license? If not, why? It seems the Debtor's insurance policy should be geared towards coverage as a landlord and the tenant should have renter's insurance.
2. There is a parcel of real property in the Debtor's name that is not on the schedules. Please schedule the property and clarify the status of the property.

**L. Jeanette Rice**
Assistant U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770
(202) 253-9863
Jeanette.Rice@usdoj.gov