IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| **In re:**<br><br>**7333 New Hampshire T Units LLC,**<br><br>Debtor. | Case No. 25-19766-LSS<br>Chapter 11 (Subchapter V) |

## ORDER CONVERTING CASE

Upon consideration of the United State Trustee's Motion to Convert Case to Chapter 7 or, in the Alternative, to Dismiss Case, it is, by the United States Bankruptcy Court for the District of Maryland hereby,

ORDERED, that the United State Trustee's Motion to Convert Case to Chapter 7 or, in the Alternative, to Dismiss Case, be and hereby is GRANTED; and it is further

ORDERED, that the above referenced case be and hereby is converted to Chapter 7.

cc:
Debtor
Attorney for Debtor
Office of the U.S. Trustee
All Creditors

**END OF ORDER**