Entered: January 27th, 2026
Signed: January 27th, 2026

**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| **7333 New Hampshire T Units LLC,** | * | Case No. 25-19766-LSS |
| | * | Chapter 11 (Subchapter V) |
| Debtor. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### SECOND SCHEDULING ORDER

The above-captioned debtor and debtor-in-possession (the "Debtor") has elected to proceed with this case under Subchapter V of Chapter 11 of Title 11 of the United States Code. The Court entered an Initial Scheduling Order in this case on October 28, 2025, and held a preliminary status conference on December 11, 2025. Debtor filed its Amended Chapter 11 Plan on January 19, 2026. Based on the record of the preliminary status conference and for good cause appearing, IT IS ORDERED:

1. Confirmation Hearing. The Court shall hold a hearing on confirmation of the Debtor's plan of reorganization on **March 11, 2026, at 10:00 a.m.** via video conference. **Please see www.mdb.uscourts.gov/hearings for access information.**

2. Objections to Plan. **March 2, 2026,** is the deadline for filing and serving written objections to confirmation of the Debtor's plan of reorganization pursuant to Federal Rules of Bankruptcy Procedure 2002(b) and 3020(b)(1). *Any party in interest objecting to the Debtor's plan of reorganization, including the proposed treatment of any claim or interest under the plan, must file and serve a timely objection in accordance with this Scheduling Order and the applicable rules*.

3. Voting on Plan. **March 2, 2026,** is the deadline for submitting written acceptances or rejections of the Debtor's plan of reorganization. Acceptances and rejections must be submitted to the Debtor's attorney at the following address:

> Maurice Belmont VerStandig
> The VerStandig Law Firm, LLC
> 9812 Falls Road
> #114-160
> Potomac, MD 20854

4. <u>Service of This Order</u>.  On or before **Monday, February 2, 2026**, the Debtor shall serve a copy of this Second Scheduling Order on all creditors, equity security holders, other parties in interest, the Subchapter V Trustee, and the United States Trustee, as provided in Federal Rule of Bankruptcy Procedure 3017(d); *the Debtor's attorney shall thereafter promptly file a certificate of service with the Court*.

5. <u>Monthly Payments to Administrative Expense Escrow Account</u>. Unless the Court orders otherwise, within 7 days of the entry of this Second Scheduling Order and continuing monthly thereafter on the first business day of each month until the Debtor's confirmed plan becomes effective, the Debtor shall remit to the Trustee **$1,000.00** (the "Monthly Payment"). The Trustee shall hold each Monthly Payment in escrow for the purpose of paying allowed administrative expense claims in this case, including the Court approved compensation to the Trustee for services rendered and expenses incurred during the case. The amount of the Monthly Payment is subject to adjustment by the Court sua sponte at any subsequent status conference or upon the request of any interested party. The Debtor shall include the Monthly Payments in any proposed cash collateral budget.

cc: Debtor
Debtor's Counsel – Maurice Belmont VerStandig
Subchapter V Trustee – Angela L. Shortall
U.S. Trustee

**End of Order**