Entered: January 30th, 2026
Signed: January 29th, 2026

**SO ORDERED**

The hearing is scheduled for February 23, 2026 at 10:00 a.m. in
Courtroom 3E, 6500 Cherrywood Lane, Greenbelt, MD 20770.



*Lori Simpson*
**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:    Case No.: **25−19766 − LSS**    Chapter: **11**

**7333 New Hampshire T Units LLC**
Debtor

## ORDER AND NOTICE OF A HEARING ON
## MOTION TO DISMISS OR IN THE ALTERNATIVE TO CONVERT

Matthew W. Cheney, Acting United States Trustee for Region 4 having filed a motion to dismiss or in the alternative
to convert, it is, pursuant to Federal Bankruptcy Rule 2002(a) and Local Bankruptcy Rule 2002−1(i), by the United
States Bankruptcy Court for the District of Maryland,

ORDERED, that a hearing upon the motion to dismiss or in the alternative to convert will be held on the date and
time set forth above, in Courtroom 3E of the U.S. Bankruptcy Court, U.S. Courthouse, 6500 Cherrywood Lane,
Greenbelt, Maryland 20770; and it is further

ORDERED, that if no objection is filed by any party in interest to Matthew W. Cheney, Acting United States Trustee
for Region 4's motion to dismiss or in the alternative to convert within fourteen (14) days after the date a copy of this
Order is served, the motion to dismiss or in the alternative to convert may be granted without a hearing.


cc:    Debtor
        Attorney for Debtor − Maurice Belmont VerStandig

        All creditors and parties in interest

### End of Order

15x21 (rev. 05/02/2017) − JosephChandler