IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
**Greenbelt Division**

| | |
|---|---|
| In re | Case No. 25-19766-LSS |
| 7333 New Hampshire T Units LLC | Chapter 11 |
| Debtor. | |
| _____/ | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of February, 2026, I tendered to a third party commercial mailing vendor (i) a copy of the debtor's plan of reorganization, DE #26; (ii) a copy of this Honorable Court's second scheduling order, DE #28; and (iii) a ballot, to be served via US Mail, postage prepaid, on February 2, 2026, to all parties on the attached mailing matrix *except* I directed the same vendor to *not* serve copies on (i) this Honorable Court; (ii) undersigned counsel; and (iii) the debtor.

Respectfully submitted,

Dated: February 1, 2026      By:   /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
mac@mbvesq.com
*Counsel for the Debtor*

*[Certificate of Service on Following Page]*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of February 2026, a copy of the foregoing was served electronically upon filing via the ECF system on all counsel who have entered an appearance herein, including:

- L. Jeanette Rice    Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

                                        /s/ Maurice B. VerStandig
                                        Maurice B. VerStandig, Esq.