| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-0<br>Case 25-19766<br>District of Maryland<br>Greenbelt<br>Sun Feb  1 21:07:13 EST 2026 | 7333 New Hampshire T Units LLC<br>1801 16th Street, NW#606<br>Washington, DC 20009-3324 | U.S. Trustee<br>Office of The United States Trustee<br>6305 Ivy Lane<br>Suite 600<br>Greenbelt, MD 20770-6305 |
| (p)COMPTROLLER OF MARYLAND<br>BANKRUPTCY UNIT<br>7 ST PAUL STREET SUITE 230<br>BALTIMORE MD 21202-1626 | Comptroller of Maryland<br>Revenue Administration Division<br>PO Box 549<br>Annapolis, MD 21404-0549 | DC Office of Tax and Revenue<br>1101 4th St., SW<br>270<br>Washington, DC 20024-4457 |
| Hermes Espinoza<br>7333 New Hampshire Avenue<br>Unit 902<br>Takoma Park, MD 20912-6965 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Lawrence Wachtel, Esq.<br>1401 Rockville Pike<br>Suite 560<br>Rockville, MD 20852-1434 |
| Lawrence Wachtel, Esq.<br>1401 Rockville Pike<br>Unit 560<br>Rockville, MD 20852-1434 | Montgomery County<br>27 Courthouse Square<br>Suite 200<br>Rockville, MD 20850-2308 | Takoma Overlook Condominium Association<br>401 N. Washington Street<br>Suite 500<br>Rockville, MD 20850-1789 |
| Takoma Overlook Condominium Association, Inc<br>c/o Lawrence I. Wachtel, Esq.<br>1401 Rockville Pike, Suite 560<br>Rockville, Maryland 20852-1434 | US Trustee - Greenbelt<br>6305 Ivy Lane, Suite 600<br>Greenbelt, MD 20770-6305 | West 11, LLC<br>c/o Eskin Law, LLC<br>1700 Reisterstown Rd Ste 212<br>Pikesville, MD 21208-2484 |
| West 11, LLC<br>c/o Tydings & Rosenberg LLP<br>1 East Pratt Street, Suite 901<br>Baltimore, MD 21202-1249 | Maurice Belmont VerStandig<br>The VerStandig Law Firm, LLC<br>9812 Falls Road<br>#114-160<br>Potomac, MD 20854-3976 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Comptroller of Maryland<br>7 St. Paul Street, Bankruptcy, Suite ï¿½<br>Baltimore, MD 21202-0636 | End of Label Matrix<br>   Mailable recipients    16<br>Bypassed recipients     0<br>Total                  16 |