United States Bankruptcy Court
District of Maryland

In re:                                                                                              Case No. 25-19766-LSS

7333 New Hampshire T Units LLC                                                        Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0                    User: admin                                          Page 1 of 2
Date Rcvd: Jan 30, 2026            Form ID: pdfall                              Total Noticed: 13

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 7333 New Hampshire T Units LLC, 1801 16th Street, NW#606, Washington, DC 20009-3324 |
| 32990173 | + | Comptroller of Maryland, Revenue Administration Division, PO Box 549, Annapolis, MD 21404-0549 |
| 32990175 | + | Hermes Espinoza, 7333 New Hampshire Avenue, Unit 902, Takoma Park, MD 20912-6965 |
| 32990178 | + | Lawrence Wachtel, Esq., 1401 Rockville Pike, Suite 560, Rockville, MD 20852-1434 |
| 32990177 | + | Lawrence Wachtel, Esq., 1401 Rockville Pike, Unit 560, Rockville, MD 20852-1434 |
| 32990179 | + | Montgomery County, 27 Courthouse Square, Suite 200, Rockville, MD 20850-2308 |
| 32990180 | + | Takoma Overlook Condominium Association, 401 N. Washington Street, Suite 500, Rockville, MD 20850-1789 |
| 33019264 | + | Takoma Overlook Condominium Association, Inc., c/o Lawrence I. Wachtel, Esq., 1401 Rockville Pike, Suite 560, Rockville, Maryland 20852-1434 |
| 32990181 | + | West 11, LLC, c/o Eskin Law, LLC, 1700 Reisterstown Rd Ste 212, Pikesville, MD 21208-2484 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 33044868 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Jan 30 2026 19:19:00 | Comptroller of Maryland, 7 St. Paul Street, Bankruptcy, Suite #23, Baltimore, MD 21202-0636 |
| 32990174 | + | Email/Text: angela.coleman@dc.gov | Jan 30 2026 19:19:00 | DC Office of Tax and Revenue, 1101 4th St., SW, 270, Washington, DC 20024-4457 |
| 32990176 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 30 2026 19:19:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 33048276 | + | Email/Text: rcostella@tydings.com | Jan 30 2026 19:19:00 | West 11, LLC, c/o Tydings & Rosenberg LLP, 1 East Pratt Street, Suite 901, Baltimore, MD 21202-1249 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0416-0        User: admin        Page 2 of 2

Date Rcvd: Jan 30, 2026        Form ID: pdfall        Total Noticed: 13

Date: Feb 01, 2026        Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| L. Jeanette Rice | Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV |
| Maurice Belmont VerStandig | mac@mbvesq.com<br>lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| US Trustee - Greenbelt | USTPRegion04.GB.ECF@USDOJ.GOV |

TOTAL: 3

Entered: January 30th, 2026
Signed: January 29th, 2026

**SO ORDERED**

The hearing is scheduled for February 23, 2026 at 10:00 a.m. in
Courtroom 3E, 6500 Cherrywood Lane, Greenbelt, MD 20770.



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:    Case No.: **25−19766 − LSS**    Chapter: **11**

**7333 New Hampshire T Units LLC**
Debtor

## ORDER AND NOTICE OF A HEARING ON
## MOTION TO DISMISS OR IN THE ALTERNATIVE TO CONVERT

Matthew W. Cheney, Acting United States Trustee for Region 4 having filed a motion to dismiss or in the alternative
to convert, it is, pursuant to Federal Bankruptcy Rule 2002(a) and Local Bankruptcy Rule 2002−1(i), by the United
States Bankruptcy Court for the District of Maryland,

ORDERED, that a hearing upon the motion to dismiss or in the alternative to convert will be held on the date and
time set forth above, in Courtroom 3E of the U.S. Bankruptcy Court, U.S. Courthouse, 6500 Cherrywood Lane,
Greenbelt, Maryland 20770; and it is further

ORDERED, that if no objection is filed by any party in interest to Matthew W. Cheney, Acting United States Trustee
for Region 4's motion to dismiss or in the alternative to convert within fourteen (14) days after the date a copy of this
Order is served, the motion to dismiss or in the alternative to convert may be granted without a hearing.

cc:    Debtor
       Attorney for Debtor − Maurice Belmont VerStandig

       All creditors and parties in interest

## End of Order

15x21 (rev. 05/02/2017) − JosephChandler