**Fill in this information to identify the case:**

Debtor Name 7333 New Hampshire T Units, LLC

United States Bankruptcy Court for the: District of Maryland

Case number: 25-19766

☐ Check if this is an amended filing

---

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11     12/17

| | |
|---|---|
| Month: October 2025 | Date report filed: 02/13/2026 <br> MM / DD / YYYY |
| Line of business: Real Estate | NAISC code: 6519 |

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Michael Postal

Original signature of responsible party: *Michael Postal*

Printed name of responsible party: Michael Postal

---

## ▮ 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.***

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all of the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.***

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  7333 New Hampshire T Units, LLC                    Case number  25-19766

17. Have you paid any bills you owed before you filed bankruptcy?          ☐  ☑  ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?          ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**                                         $ ___3,716.12___

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.                                    $ ___500.00___

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.                              − $ ___4,000.00___

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.                 + $ ___-3,500.00___
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.                           = $ ___216.12___

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

    Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                                        $ ___0.00___

    *(Exhibit E)*

Debtor Name  7333 New Hampshire T Units, LLC                          Case number  25-19766

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F.* Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25.  **Total receivables**                                                                        $ _____0.00

   *(Exhibit F)*

## 5. Employees

26.  What was the number of employees when the case was filed?                                   _____0

27.  What is the number of employees as of the date of this monthly report?                      _____0

## 6. Professional Fees

28.  How much have you paid this month in professional fees related to this bankruptcy case?      $ _____0.00

29.  How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____0.00

30.  How much have you paid this month in other professional fees?                                $ _____0.00

31.  How much have you paid in total other professional fees since filing the case?               $ _____0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32.  **Cash receipts** | $ 0.00 | − | $ 500.00 | = | $ 500.00 |
| 33.  **Cash disbursements** | $ 0.00 | − | $ -4,000.00 | = | $ -4,000.00 |
| 34.  **Net cash flow** | $ 0.00 | − | $ -3,500.00 | = | $ -3,500.00 |

35.  Total projected cash receipts for the next month:                                 $ _____500.00

36.  Total projected cash disbursements for the next month:                          - $ _____0.00

37.  Total projected net cash flow for the next month:                               = $ _____500.00

Debtor Name  7333 New Hampshire T Units, LLC                          Case number  25-19766

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.



```
                                          Date 10/31/25        Page        1
                                          Account Number
                                          Enclosures


         TENACITY 7333 NEW HAMPSHIRE AVENUE LLC
         AB- 7333 NEW HAMPSHIRE AVE
         C/O CAP CITY MANAGEMENT
         1763 COLUMBIA ROAD NW SUITE 100
         WASHINGTON DC 20009
```

| CHECKING ACCOUNT |
|---|

```
        Account Title: TENACITY 7333 NEW HAMPSHIRE AVENUE LLC
                       AB- 7333 NEW HAMPSHIRE AVE
                       C/O CAP CITY MANAGEMENT
```

**We're committed to helping our customers spot and avoid scams.
We've joined the American Bankers Association in their nationwide
effort to help you realize when you're under a scammer's trance
and snap out of it so you avoid losing your money.
Learn more at BanksNeverAskThat.com**

```
  FOUNDATION CHECKING                    Number of Enclosures              0
  Account Number                         Statement Dates  10/01/25 thru 11/02/25
  Previous Balance              3,716.12  Days in the statement period     33
      2 Deposits/Credits          500.00
      1 Checks/Debits           4,000.00
  Service Charge                     .00
  Interest Paid                      .00
  Current Balance                 216.12
```

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| Overdraft item fees year to date | $.00 | $.00 |
| Return item fees year to date | $.00 | $.00 |



Date 10/31/25          Page          2
Account Number
Enclosures

FOUNDATION CHECKING                    ████          (Continued)

| DEPOSITS AND ELECTRONIC CREDITS | | |
| --- | --- | --- |
| Date | Description | Amount |
| 10/10 | PAYROLL      CBIZ20315A&SInc.<br>PPD | 250.00 |
| 10/24 | PAYROLL      CBIZ20315A&SInc.<br>PPD | 250.00 |

| CHECKS AND ELECTRONIC DEBITS | | |
| --- | --- | --- |
| Date | Description | Amount |
| 10/29 | Transfer from 7044 to 7001: Co<br>nf #:373274 Online Transfer | 4,000.00- |

| DAILY BALANCE SUMMARY | | | |
| --- | --- | --- | --- |
| Date | Balance | Date | Balance |
| 10/01 | 3,716.12 | 10/24 | 4,216.12 |
| 10/10 | 3,966.12 | 10/29 | 216.12 |

**\*\*\*\*End of Statement**

**MVB BANK**

**IF YOUR FINANCIAL INSTITUTION OFFERS THE FOLLOWING SERVICES AND YOU USE THESE SERVICES, THESE DISCLOSURES, REQUIRED BY GOVERNMEINT REGULATIONS, MAY APPLY TO YOUR STATEMENT. THESE DISCLOSURES ONLY APPLY TO ACCOUNTS THAT ARE USED PRIMARILY FOR PERSONAL, FAMILY OR HOUSEHOLD PURPOSES.**

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## WHAT TO DO If YOU THINK YOU fIND A MISTAKE ON YOUR STATEMENT

If you thin  there is an error your statement, write to us at
MVB Bank
Loan Operations
113 Platinum Drive, Suite H
Bridgeport, WV 26330

In your letter, give us the foHowing information:
- *Account Information* Your name and account number
- *Dollar amount.* The dollar amount of the suspected error
- *Description of Problem.* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake

You must contact us within 60 days after the enror appeared on your statement  You must notify us of any potential errors in writing. You may call us but if you do we are not required to investigate any potential enrors and you may have to pay the amount in question. While we investigate whether or not there has been a nerror the following are true

- We cannot  try to collect the amount in question, or report  you as delinquent  on that amount
- The charge in questiionmay remain on your statement and we may continue to charge you interest on that amol!lnt. But, if we determine  hat we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder  of your ba'lance.
- We can apply  any  unpaid amount against your credit limit

## EXPLANATION OF  BALANCE ON WHIICH INTEREST CHARGE  IS COMPUTED

The INTEREST CIHARGE  is nmputed on t e  average-daily-balance method (including  current transactions). We figure  he interest charge on your account by applying the period icrate to the "average daily balance" of your account  (including currant transactions). To get the '"average daily balance" we ta  e  the beginning bal anceof your accou né achday, add any new advances, and subtract any paymentsor credits, (and unpaid finance charges). This gives us the daily balanoe. Then we add up all the daily balances  for the billiing cycl e and divide the tot alby the number of days inthe billing † cycle.

## ELECTRONIC FUINDS TRANSFER ERROR RESOLUTIONI NOTICE

In Case of Errors or Questions Abom Your Electronic Transfers, telephone us at (844) 682-2265 or wr  eus at 301  Virginia Ave, Fairmont, WV 26554, as soon as you can. If you  think your statement  or receipt is wrong or if you need more information about a transfer on the statement or reoeipt  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. In your letter:
  1) Tell us your name and account number (if any)
  2) Descnibethe error orthetransfer you are unsure about, and explain as clearl:yas you can why yoll beHeveit is an erroror why you need more  information.
  3) Tell us the dollar amount  of the  suspected  error

We will investigate your complaint and will correct  any error promptly. If we take more than 10 business days (5 bllsinessdays  if  hesuspected  error involvesan  unauthorized transfer made  by use of your Debit C ardor 20 business days if the suspected  error occurred within 30 days after the first deposit to the account)  to do this, we will credit your account for the amount yoll  hink  is  in error, so that you will have the use of the money during the time it takes to completeour investigation.

Toll Free number -  844-682-2265

| | $, | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL CHECKS NOT LISTED** | | |
| **Subtract total checks not listed from subiotal above** | | |
| **BALANCE** | $ | |

This should agree with vour check register balance