**Fill in this information to identify the case:**

Debtor Name  7333 New Hampshire T Units, LLC

United States Bankruptcy Court for the: District of Maryland

Case number: 25-19766

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11  12/17

Month: November 2025

Date report filed: 02/13/2026
MM / DD / YYYY

Line of business: Real Estate

NAISC code: 6519

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: *Michael Postal*
DocuSigned by:
4A51F76314AD465...

Original signature of responsible party

Printed name of responsible party  Michael Postal

## ▮ 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  7333 New Hampshire T Units, LLC        Case number  25-19766

17. Have you paid any bills you owed before you filed bankruptcy?        ☐  ☑  ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?        ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

**19. Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.        $    216.12

**20. Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C.* Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C.*

Report the total from *Exhibit C* here.        $    500.00

**21. Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D.* List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D.*

Report the total from *Exhibit D* here.        − $    0.00

**22. Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit.*        + $    500.00

**23. Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.        = $    716.12

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E.* Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

**24. Total payables**        $    0.00

*(Exhibit E)*

Debtor Name  7333 New Hampshire T Units, LLC                         Case number  25-19766

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25.  **Total receivables**                                                                              $ _____0.00

  *(Exhibit F)*

## 5. Employees

26.  What was the number of employees when the case was filed?                                   _____0

27.  What is the number of employees as of the date of this monthly report?                        _____0

## 6. Professional Fees

28.  How much have you paid this month in professional fees related to this bankruptcy case?      $ _____0.00

29.  How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____0.00

30.  How much have you paid this month in other professional fees?                                $ _____0.00

31.  How much have you paid in total other professional fees since filing the case?               $ _____0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 500.00 | − | $ 500.00 | = | $ 0.00 |
| 33. **Cash disbursements** | $ 0.00 | − | $ 0.00 | = | $ 0.00 |
| 34. **Net cash flow** | $ 500.00 | − | $ 500.00 | = | $ 0.00 |

35.  Total projected cash receipts for the next month:                                  $ _____750.00

36.  Total projected cash disbursements for the next month:                           - $ _____0.00

37.  Total projected net cash flow for the next month:                                = $ _____750.00

Debtor Name   7333 New Hampshire T Units, LLC                              Case number   25-19766

| | 8. Additional Information |
|---|---|

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.



```
                                          Date 11/28/25          Page         1
                                          Account Number
                                          Enclosures
```


```
          TENACITY 7333 NEW HAMPSHIRE AVENUE LLC
          AB- 7333 NEW HAMPSHIRE AVE
          C/O CAP CITY MANAGEMENT
          1763 COLUMBIA ROAD NW SUITE 100
          WASHINGTON DC 20009
```

| CHECKING ACCOUNT |
|---|

```
     Account Title: TENACITY 7333 NEW HAMPSHIRE AVENUE LLC
                     AB- 7333 NEW HAMPSHIRE AVE
                     C/O CAP CITY MANAGEMENT
```

**We're committed to helping our customers spot and avoid scams.**
**We've joined the American Bankers Association in their nationwide**
**effort to help you realize when you're under a scammer's trance**
**and snap out of it so you avoid losing your money.**
**Learn more at BanksNeverAskThat.com**

```
FOUNDATION CHECKING                  Number of Enclosures            0
Account Number                       Statement Dates  11/03/25 thru 11/30/25
Previous Balance          216.12     Days in the statement period     28
     2 Deposits/Credits   500.00
     Checks/Debits           .00
Service Charge               .00
Interest Paid                .00
Current Balance           716.12
```

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| Overdraft item fees year to date | $.00 | $.00 |
| Return item fees year to date | $.00 | $.00 |



Date 11/28/25      Page     2
Account Number
Enclosures

FOUNDATION CHECKING      ▮▮▮▮    (Continued)

| DEPOSITS AND ELECTRONIC CREDITS | | |
|---|---|---|
| Date | Description | Amount |
| 11/07 | PAYROLL     CBIZ20315A&SInc. PPD | 250.00 |
| 11/21 | PAYROLL     CBIZ20315A&SInc. PPD | 250.00 |

| DAILY BALANCE SUMMARY | | | | | |
|---|---|---|---|---|---|
| Date | Balance | Date | Balance | Date | Balance |
| 11/03 | 216.12 | 11/07 | 466.12 | 11/21 | 716.12 |

**\*\*\*\*End of Statement**

MVB BANK

**IF YOUR FINANCIAL INSTITUTION OFFERS THE FOLLOWING SERVICES AND YOU USE THESE SERVICES, THESE DISCLOSURES, REQUIRED BY GOVERNMENT REGULATIONS, MAY APPLY TO YOUR STATEMENT. THESE DISCLOSURES ONLY APPLY TO ACCOUNTS THAT ARE USED PRIMARILY FOR PERSONAL, FAMILY OR HOUSEHOLD PURPOSES.**

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## WHAT TO DO If YOU THINK YOU fIND A MISTAKE ON YOUR STATEMENT

If you thin   there is an error your statement, write to us at
MVB Bank
Loan Operations
113 Platinum Drive, Suite H
Bridgeport, WV 26330

In your letter, give us the following information:
* *Account Information* Your name and account number
* *Dollar amount.* The dollar amount of the suspected error
* *Description of Problem.* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake

You must contact us within 60 days after the error appeared on your statement  You must notify us of any potential errors in writing. You may call us but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.  While we investigate whether or not there has been a error the following are true

* We cannot  try to collect the amount in question, or report you as delinquent  on that amount
* The charge in question may remain on your statement and we may continue to charge you interest on that amount. But, if we determine  hat we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
* While you do not have to pay the amount in question, you are responsible for the remainder  of your balance.
* We can apply  any unpaid amount against your credit limit

## EXPLANATION OF BALANCE ON WHIICH INTEREST CHARGE IS COMPUTED

The INTEREST CIHARGE is rnmputed on t e average-daily-balance method (including  current transactions). We figure  he interest charge on your account by applying the periodic rate to the "average daily balance" of your account (including current transactions). To get the "average daily balance" we ta  e the beginning balance of your accou n e ach day, add any new advances, and subtract any payments or credits, (and unpaid finance charges). This gives us the daily balance. Then we add up all the daily balances  for the billiing cycl e and divide the total by the number of days in the billing t cycle.

## ELECTRONIC FUINDS TRANSFER ERROR RESOLUTION NOTICE

In Case of Errors or Questions Abom Your Electronic Transfers, telephone us at (844) 682-2265 or wr  eus at 301 Virginia Ave, Fairmont, WV 26554, as soon as you can. If you think your statement  or receipt is wrong or if you need more information about a transfer on the statement or receipt  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
   1) Tell us your name and account number (if any)
   2) Descnibe the error or the transfer you are unsure about, and explain as clearl:y as you can why yoll beHeve it is an error or why you need more information.
   3) Tell us the dollar amount  of the suspected error

We will investigate your complaint and will correct  any error promptly. If we take more than 10 business days (5 bllsiness days  if  he suspected  error involve san  unauthorized transfer made  by use of your Debit C ard or 20 business days if the suspected  error occurred within 30 days after the first deposit to the account)  to do this, we will credit your account for the amount yoll  hink  is in error, so that you will have the use of the money during the time it takes to complete our investigation.

Toll Free number-  844-682-2265

| | $, | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL CHECKS NOT LISTED** | | |
| Subtract total checks not listed from subtotal above     **BALANCE** | | $ |

This should agree with your
check register balance