**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

In re                                                              Case No. 25-19766

7333 New Hampshire T Units LLC                    Chapter 11

      Debtor.

_____ /

## <u>ORDER DENYING MOTION TO CONVERT OR DISMISS</u>

Upon consideration of the motion to convert or dismiss, DE #27 (the "Motion") filed by the United States Trustee, the opposition of the debtor thereto, the record herein, and governing law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Motion be, and hereby is, DENIED.


Copies:
All Counsel of Record