# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | |
|---|---|
| In re: | Chapter 11 |
| 7333 NEW HAMPSHIRE T UNITS LLC, | Case No. 25-19766-LSS |
| Debtor. | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

NOTICE IS HEREBY GIVEN that the undersigned counsel hereby enters his appearance as counsel on behalf of West 11, LLC in the above-captioned bankruptcy proceeding pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of Title 11 of the United States Code, 11 U.S.C.§§ 101, *et seq.* (the "<u>Bankruptcy Code</u>"), and requests that all notices and pleadings given or required to be given and copies of all papers served or required to be served in this case be given and served on the undersigned attorney at the address set forth below:

Richard L. Costella, Esquire
Tydings & Rosenberg, LLP
1 East Pratt Street, Suite 901
Baltimore, Maryland 21202
Telephone: (410) 752-9700
Fax: (410) 727-5460
Email: rcostella@tydings.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only notices and papers referred to in the Bankruptcy Rules but also, without limitation, all orders, applications, motions, petitions, responses, objections, replies, requests, complaints, demands, reports, lists, schedules, statements, plans, disclosure statements and all other pleadings filed herein or in any related adversary proceeding, whether formal or informal, written or oral and whether served, transmitted or conveyed by mail,

6518837.1

hand delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings.

PLEASE TAKE FURTHER NOTICE that this Notice of Entry of Appearance and Request for Notices shall not be deemed or construed to be a waiver of any rights, including without limitation the following: (i) the right to have final orders in non-core matters entered only after *de novo* review by a higher court, (ii) the right to have a trial by jury in any proceeding so triable in this case or any case, controversy or adversary proceeding related to this case, (iii) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which West 11, LLC may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: February 15, 2026              Respectfully Submitted,

                                              */s/ Richard L. Costella*
                                              Richard L. Costella, Esq.
                                              Fed. Bar No. 14095
                                              Tydings & Rosenberg LLP
                                              1 East Pratt Street, Suite 901
                                              Baltimore, MD 21202
                                              Telephone: (410) 752-9700
                                              Fax: (410) 727-5460
                                              Email: rcostella@tydings.com

                                              *Attorneys for West 11, LLC*

6518837.1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 15, 2026, a copy of the foregoing ***NOTICE OF APPEARANCE AND REQUEST FOR NOTICES*** was served via the Court's CM/ECF e-filing system on the following:

- **L. Jeanette Rice,** Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- **US Trustee – Greenbelt,** USTPRegion04.GB.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig,** mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

          */s/ Richard L. Costella*
          Richard L. Costella, Esq.

6518837.1