IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| In re | Case No. 25-19766-LSS |
| 7333 New Hampshire T Units LLC | Chapter 11 |
| Debtor. | |

**LINE ATTACHING CERTIFICATES OF INSURANCE**

In a previously-filed opposition brief, 7333 New Hampshire T Units LLC indicated proof of insurance would be docketed once obtained. *See* Opposition to Motion to Convert or Dismiss, DE #39, at p. 7, n.4. In furtherance thereof, attached please find certificates of insurance for both at-issue condominium units.[1]

Respectfully submitted,

Dated: February 16, 2026   By:   /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
mac@mbvesq.com
*Counsel for the Debtor*

[Certificate of Service on Following Page]

---

[1] One of the certificates evidences coverage from prior to the petition date. The other certificate evidences coverage under a policy renewed after the petition date, with the Debtor indicating coverage to have been in place prior thereto as well.

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of February 2026, a copy of the foregoing was served electronically upon filing via the ECF system on all counsel who have entered an appearance herein, including:

- Richard L. Costella    rcostella@tydings.com, myoung@tydings.com;pcoolbaugh@tydings.com
- L. Jeanette Rice    Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

                    /s/ Maurice B. VerStandig
                    Maurice B. VerStandig, Esq.