

# EVIDENCE OF PROPERTY INSURANCE

**DATE (MM/DD/YYYY):** 02/13/2026

THIS EVIDENCE OF PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.

**AGENCY:** State Farm — Rick Mikszan, 1521 West branch dr suite 520, McLean, VA 22102
**PHONE (A/C, No, Ext):** 7038476166
**E-MAIL ADDRESS:** jairon.mijangos.yfeh@statefarm.com
**CODE:** 46-02E9

**COMPANY:** State Farm Fire and Casualty Company
**NAIC #:** 25143

**INSURED:**
TENACITY 7333 NEW HAMPSHIRE AVE, LLC
C/O CAP CITY MANAGEMT 1763 COLUMBIA RD NW
STE 100 WASHINGTON DC 20009

**POLICY NUMBER:** 90-EA-B588-5
**EFFECTIVE DATE:** 01/13/2026
**EXPIRATION DATE:** 01/23/2027

## PROPERTY INFORMATION

**LOCATION/DESCRIPTION:**
7333 New Hampshire Ave #1201,
Takoma, MD 20912

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

**COVERAGE INFORMATION** — PERILS INSURED: Rental Dwelling

| COVERAGE / PERILS / FORMS | AMOUNT OF INSURANCE | DEDUCTIBLE |
|---|---|---|
| Building Property | $16,400 | $1,000 |
| Liability | $1,000,000 | |
| Medical Payment | $5,000 | |

**REMARKS (Including Special Conditions):**

**CANCELLATION:** SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**ADDITIONAL INTEREST**

**AUTHORIZED REPRESENTATIVE:** *Jairon Mijangos*

ACORD 27 (2016/03)    © 1993-2015 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD
1004363  142988.3  04-26-2020