Entered: February 20th, 2026
Signed: February 19th, 2026

**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# (Greenbelt Division)

| | |
|---|---|
| **In re:** <br><br> **7333 New Hampshire T Units LLC,** <br><br> Debtor. | Case No. 25-19766-LSS <br> Chapter 11 (Subchapter V) |

### CONSENT ORDER RESOLVING UNITED STATES TRUSTEE'S MOTION TO CONVERT CASE TO CHAPTER 7 OR, IN THE ALTERNATIVE, TO DISMISS CASE

Upon consideration of the United States Trustee's Motion to Convert Case to Chapter 7 or, in the Alternative, to Dismiss Case, and the parties' consent to the terms of this Order; it is, by the United States Bankruptcy Court for the District of Maryland hereby

ORDERED, that the Debtor shall timely file all future operating reports on or before the 21st day of the applicable month until the case is converted or dismissed or closed by final decree, whichever occurs first; and it is further

ORDERED, that the Debtor shall close all pre-petition bank accounts and open a Debtor in Possession Bank Account with a United States Trustee approved depository institution within fourteen (14) days from the date of this Order and provide the United States Trustee with documents showing compliance with this provision; and it is further

ORDERED, that within seven (7) days from the date of this Order the Debtor shall add the United States Trustee as a notice party to all insurance policies protecting the estate and estate assets; and it is further

ORDERED, that within seven (7) days from the date of this Order the Debtor shall provide the United States Trustee with its rent roll and balance sheet; and it is further

ORDERED that, upon any default of any term in this Consent Order, the Debtor shall have seven (7) days to cure the outstanding default.  If the Debtor fails to comply with the terms of this Order in any respect and does not cure the outstanding default within seven (7) days, the United States Trustee may file a Notice of Default advising the Court of such non-compliance, upon which this case shall be dismissed without further hearing.

**SEEN AND CONSENTED TO:**

/s/ *L. Jeanette Rice*  
L. Jeanette Rice (Bar No. 12933)  
6305 Ivy Lane, Suite 600  
Greenbelt, MD 20770  
(301) 344-6220  
Jeanette.Rice@usdoj.gov  
*Counsel for Matthew W. Cheney, Acting United States Trustee for Region 4*

/s/ *Maurice B. VerStandig*  
Maurice B. VerStandig, Esq. (Bar No. 18071)  
The VerStandig Law Firm, LLC  
9812 Falls Road, #114-160  
Potomac, MD 20854  
(301) 444-4600  
mac@mbvesq.com  
 *Counsel for the Debtor*

I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the court are identical to those set forth in the original consent order; and the signatures represented by the /s/_____ on this copy  reference  the  signatures of consenting parties on the original.

/s/ *L. Jeanette Rice*  
L. Jeanette Rice

Copies to:
Debtor
Counsel for Debtor
Subchapter V Trustee
U.S. Trustee

**END OF ORDER**