United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 25-19766-LSS |
| 7333 New Hampshire T Units LLC | Chapter 11 |
| Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 20, 2026 | Form ID: pdfall | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 7333 New Hampshire T Units LLC, 1801 16th Street, NW#606, Washington, DC 20009-3324 |
| | + | Angela L. Shortall, 348 Thompson Creek Mall, Suite 339, Stevensville, MD 21666-2500 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | Email/Text: Jeanette.Rice@usdoj.gov | Feb 20 2026 19:20:00 | L. Jeanette Rice, Office of the U. S. Trustee, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2026                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| L. Jeanette Rice | Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Richard L. Costella | |

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 20, 2026 | Form ID: pdfall | Total Noticed: 3 |

rcostella@tydings.com  myoung@tydings.com,pcoolbaugh@tydings.com

US Trustee - Greenbelt

USTPRegion04.GB.ECF@USDOJ.GOV

TOTAL: 4

Entered: February 20th, 2026
Signed: February 19th, 2026
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | |
|---|---|
| **In re:**<br><br>**7333 New Hampshire T Units LLC,**<br><br>Debtor. | Case No. 25-19766-LSS<br>Chapter 11 (Subchapter V) |

**CONSENT ORDER RESOLVING UNITED STATES TRUSTEE'S MOTION TO CONVERT CASE TO CHAPTER 7 OR, IN THE ALTERNATIVE, TO DISMISS CASE**

Upon consideration of the United States Trustee's Motion to Convert Case to Chapter 7 or, in the Alternative, to Dismiss Case, and the parties' consent to the terms of this Order; it is, by the United States Bankruptcy Court for the District of Maryland hereby

ORDERED, that the Debtor shall timely file all future operating reports on or before the 21st day of the applicable month until the case is converted or dismissed or closed by final decree, whichever occurs first; and it is further

ORDERED, that the Debtor shall close all pre-petition bank accounts and open a Debtor in Possession Bank Account with a United States Trustee approved depository institution within fourteen (14) days from the date of this Order and provide the United States Trustee with documents showing compliance with this provision; and it is further

ORDERED, that within seven (7) days from the date of this Order the Debtor shall add the United States Trustee as a notice party to all insurance policies protecting the estate and estate assets; and it is further

ORDERED, that within seven (7) days from the date of this Order the Debtor shall provide the United States Trustee with its rent roll and balance sheet; and it is further

ORDERED that, upon any default of any term in this Consent Order, the Debtor shall have seven (7) days to cure the outstanding default.  If the Debtor fails to comply with the terms of this Order in any respect and does not cure the outstanding default within seven (7) days, the United States Trustee may file a Notice of Default advising the Court of such non-compliance, upon which this case shall be dismissed without further hearing.

**SEEN AND CONSENTED TO:**

| | |
|---|---|
| /s/ *L. Jeanette Rice* | /s/ *Maurice B. VerStandig* |
| L. Jeanette Rice (Bar No. 12933) | Maurice B. VerStandig, Esq. (Bar No. 18071) |
| 6305 Ivy Lane, Suite 600 | The VerStandig Law Firm, LLC |
| Greenbelt, MD 20770 | 9812 Falls Road, #114-160 |
| (301) 344-6220 | Potomac, MD 20854 |
| Jeanette.Rice@usdoj.gov | (301) 444-4600 |
| *Counsel for Matthew W. Cheney, Acting* | mac@mbvesq.com |
| *United States Trustee for Region 4* | *Counsel for the Debtor* |

I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the court are identical to those set forth in the original consent order; and the signatures represented by the /s/_____ on this copy  reference  the  signatures of consenting parties on the original.

                                                                                            */s/ L. Jeanette Rice*
                                                                                             L. Jeanette Rice

Copies to:
Debtor
Counsel for Debtor
Subchapter V Trustee
U.S. Trustee

**END OF ORDER**