IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| In re | Case No. 25-19766-LSS |
| 7333 New Hampshire T Units LLC | Chapter 11 |
| Debtor. | |
| _____/ | |

### LINE ATTACHING DECLARATION IN SUPPORT OF CONFIRMATION

With the deadline for parties to object to confirmation of the debtor's plan having now elapsed, DE #28, and with no objections having been docketed, *see* docket, *passim*, attached hereto please find the declaration of Michael Postal in support of confirmation of the debtor's plan of reorganization.

A tally of ballots (indicating no votes to have been received) will be filed under separate cover.

                                                    Respectfully submitted,

Dated: March 4, 2026        By:    /s/ Maurice B. VerStandig
                                                      Maurice B. VerStandig, Esq.
                                                      Bar No. MD18071
                                                      The VerStandig Law Firm, LLC
                                                      9812 Falls Road, #114-160
                                                      Potomac, Maryland 20854
                                                      Phone: (301) 444-4600
                                                      mac@mbvesq.com
                                                      *Counsel for the Debtor*

[Certificate of Service on Following Page]

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of March 2026, a copy of the foregoing was served electronically upon filing via the ECF system on all counsel who have entered an appearance herein, including:

- Richard L. Costella    rcostella@tydings.com, myoung@tydings.com;pcoolbaugh@tydings.com
- L. Jeanette Rice    Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.