**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

| | |
|---|---|
| In re | Case No. 25-19766-LSS |
| 7333 New Hampshire T Units LLC | Chapter 11 |
| Debtor. | |
| _____/ | |

**TALLY OF BALLOTS**

| Creditor Class (#, Descrip) | Members of Class Casting Ballots | Total $ Value of Claims Voting | # Accept-ing | % Accept-ing | $ Value of Accept-ances | % of Value accept-ing | # Reject-ing | % Reject-ing | $ Value of Rejecting | % of Value Rejecting | Indicate if claim is unim-paired |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 (West 11, LLC) | 0 | $0.00 | 0 | 0.00% | $0.00 | 0.00% | 0 | 0.00% | $0.00 | 0.00% | Yes (but plan says no) |
| 2 (Condo Assoc.) | 0 | $0.00 | 0 | 0.00% | $0.00 | 0.00% | 0 | 0.00% | $0.00 | 0.00% | Yes (but plan says no) |

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 5th day of March 2026, a copy of the foregoing was served electronically upon filing via the ECF system on all counsel who have entered an appearance herein, including:

- Richard L. Costella    rcostella@tydings.com, myoung@tydings.com;pcoolbaugh@tydings.com
- L. Jeanette Rice    Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

                                      /s/ Maurice B. VerStandig
                                      Maurice B. VerStandig, Esq.