IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| In re | Case No. 25-19766-LSS |
| 7333 New Hampshire T Units LLC | Chapter 11 |
| Debtor. _____ / | |

# WITNESS AND EXHIBIT LIST FOR MARCH 11, 2026 CONFIRMATION HEARING

Comes now 7333 New Hampshire T Units LLC (the "Debtor"), by and through undersigned counsel, and furnishes this witness and exhibit list for the forthcoming hearing on confirmation of the Debtor's plan of reorganization, DE #26:

**Witness**

1. Michael Postal

**Exhibit**

A. Declaration of Michael Postal, DE #45-1

Respectfully submitted,

Dated: March 5, 2026   By:   /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
mac@mbvesq.com
*Counsel for the Debtor*

*[Certificate of Service on Following Page]*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of March 2026, a copy of the foregoing was served electronically upon filing via the ECF system on all counsel who have entered an appearance herein, including:

- Richard L. Costella    rcostella@tydings.com, myoung@tydings.com;pcoolbaugh@tydings.com
- L. Jeanette Rice    Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
