**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| **In re:** | |
| **7333 NEW HAMPSHIRE T UNITS LLC,** | **Case No.  25-19766-LSS** |
| | **Chapter 11 (Subchapter V)** |
| **Debtor.** | |

## ORDER DISMISSING CASE

WHEREAS, this Court entered the Consent Order Resolving United States Trustee's

Motion to Convert Case to Chapter 7 or, in the Alternative, to Dismiss Case (the "Consent

Order") [ECF 43] on February 20, 2026 which required the Debtor to take the following actions:

(i)    Timely file all future monthly operating reports on or before the 21st of the applicable month until the case is converted or dismissed or closed by final decree, whichever occurs first;

(ii)    Close all pre-petition bank accounts and open a Debtor in Possession Bank Account with a United States Trustee approved depository institution within fourteen (14) days from the date of the Consent Order and provide the United States Trustee with documents showing compliance;

(iii)  Add the United States Trustee as a notice party to all insurance policies protecting the estate and estate assets within seven (7) days of the Consent Order; and

(iv)  Provide the United States Trustee with the Debtor's rent roll and balance sheet within seven (7) days of the Consent Order;

WHEREAS, the Debtor did not add the United States Trustee as a notice party to all insurance policies protecting the estate and estate assets within the timeframe prescribed by the Consent Order and did not cure such default within the timeframe prescribed by the Consent Order;

WHEREAS, the Debtor did not provide the United States Trustee with the Debtor's rent roll and balance sheet within the respective timeframe prescribed in the Consent Order and did not cure such default within the timeframe prescribed by the Consent Order;

WHEREAS, the Debtor is in violation and default of the Consent Order; and

WHEREAS, the United States Trustee has filed a Notice of Default.

IT IS THEREFORE, by the United States Bankruptcy Court for the District of Maryland, ORDERED, that the above reference case be and hereby is DISMISSED, and

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

cc:
Richard L. Costella (via CM/ECF)
L. Jeanette Rice (via CM/ECF)
Maurice Belmont VerStandig (via CM/ECF)
US Trustee - Greenbelt  (via CM/ECF)
All Creditors

**END OF ORDER**