IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| **In re:**<br><br>**7333 NEW HAMPSHIRE T UNITS LLC,**<br><br>**Debtor.** | Case No.  25-19766-LSS<br>Chapter 11 (Subchapter V) |

### LINE REGARDING DEBTOR'S COMPLIANCE WITH CONSENT ORDER

Matthew W. Cheney, Acting United States Trustee for Region 4 (the "United States Trustee"), by counsel, hereby files this Line Regarding Debtor's Compliance with respect to the Consent Order Resolving United States Trustee's Motion to Convert Case to Chapter 7 or, in the Alternative, to Dismiss Case (the "Consent Order") [ECF 43].

On March 13, 2026, the Debtor provided the United States Trustee with (i) proof of closing its pre-petition bank account; (ii) proof of opening a debtor-in-possession bank account; and (iii) certificates of insurance listing the United States Trustee as a notice party thereunder, though the United States Trustee's Alexandria office was listed on these documents instead of the United States Trustee's Greenbelt office.

The United States Trustee requested the Debtor modify the certificates of insurance to include the proper address.  Nonetheless, the United States Trustee believes the Debtor has complied with the Consent Order.

Date: March 16, 2026

**MATTHEW W. CHENEY**
Acting United States Trustee for Region 4

By Counsel:

*/s/ Courtney L. Morgan*
Courtney L. Morgan, Bar No.: 17817

6305 Ivy Lane, Suite 600  
Greenbelt, MD  20770  
Telephone: (301) 344-0023  
Fax: (301) 344-8431  
E-mail: Courtney.L.Morgan@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 16, 2026, a copy of the foregoing Line Regarding Debtor's Compliance with Consent Order was delivered by ECF Notification to the following:

- **Richard L. Costella**   rcostella@tydings.com, myoung@tydings.com;pcoolbaugh@tydings.com
- **L. Jeanette Rice**   Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- **US Trustee - Greenbelt**   USTPRegion04.GB.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig**   mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

/s/ Courtney L. Morgan
Courtney L. Morgan