_____RETAIN

_____

**Lori S. Simpson , U. S. BANKRUPTCY JUDGE**　　Evidentiary Hrg: Y N

　　　　　　　　　　　　　　　　　　　　　　Exhibits Filed: Y N

PROCEEDING MEMO – CHAPTER 11

Date: 03/11/2026 Time: 10:00

**CASE: 25–19766 7333 New Hampshire T Units LLC**

✓Maurice Belmont VerStandig representing 7333 New Hampshire T Units LLC (Debtor)

✓Courtney L. Morgan and L. Jeanette Rice representing US Trustee – Greenbelt (U.S. Trustee)

✓Angela Shortall Sub V Trustee

[26] Chapter 11 Plan Small Business Subchapter V Filed by 7333 New Hampshire T Units LLC (related document(s) 1 Voluntary Petition (Chapter 11) filed by Debtor 7333 New Hampshire T Units LLC).

**MOVANT** : 7333 New Hampshire T Units LLC BY M VerStandig

PLAN/DISCLOSURE STATEMENT DISPOSITIONS:

Approved_____Denied Approval_____Deadline to file Amended D/S_____

Other_____

Confirmed_____as modified by _____

Denied Confirmation_____with leave to amend by_____

Other_____

DISPOSITIONS:

Granted_____Denied_____Withdrawn_____Consent_____Default____Under Adv._____

Moot_____Dismissed_____Relief by Operation of Law (no order req.)_____

Continued to: _____

DECISION:

[ ] Signed by Court　　　　　[ ] Filed by Counsel
[ ] To be prepared by:
　　[ ] Movant's counsel　　　　[ ] Court
　　[ ] Respondent's counsel　　[ ] Other _____

NOTES: confirmation hearing held. Plan confirmed provided Debtor meets all requirements of the consent order by Friday Debtor's counsel to upload order.