**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| **7333 New Hampshire T Unites, LLC,** | * | **25-19766 - LSS** |
| | * | **(Chapter 11-Subchapter V)** |
| **Debtor** | | |
| | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

**APPLICATION FOR COMPENSATION IN A CASE UNDER**
**SUBCHAPTER V OF CHAPTER 11**

Angela L. Shortall, Subchapter V Trustee, (the "Applicant" or "Trustee"), hereby requests entry of an order approving compensation and reimbursement of expenses incurred on behalf of the Debtor in this case under Subchapter V of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").  By this Application, Applicant requests that the Court allow an administrative claim for fees of $4,567.50.  Applicant will incur expenses associated with the noticing of this application in the amount of $14.62 and is requesting reimbursement for these out-of-pocket expenses, for a total allowance of $4,582.12.  Applicant submits this application pursuant to § 330 and § 503 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2016, and states as follows:

1.      A voluntary petition to proceed under Chapter 11 was filed on October 19, 2025.

2.      A Plan Confirmation hearing was held on March 11, 2026 at which the Debtor's Plan of Reorganization [Docket No. 26] was Confirmed as a non-consensual plan. An Order confirming the Plan was entered on March 18, 2026 [Docket No. 53].

3.      The Applicant was appointed by the U.S. Trustee to serve as the Subchapter V Trustee in this case on October 20, 2025.

4.      Amount of fees and expenses previously approved:

   a.   Fees: $0.00

   b.   Expenses: $0.00

5.   Amounts of fees and expenses received to date:

   c.   Fees:  $0.00

   d.   Expenses:  $0.00

6.      Time period covered by this Application:     October 20, 2025 – May 4, 2026

~ 1 ~

7. Fees requested in this Application:                                    $xx

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Angela L. Shortall | 8.7 | $525.00 | $4,567.50 |
| Total Fee Request | 8.7 | | $4,567.50 |

8.  Total hours in this Application:          8.7

9.  Total expenses requested in this Application:          $14.62

10. Total fees and expenses requested:          $4,582.12

11. A brief billing statement is attached as Exhibit A.

12. Brief description of services:

Applicant met with the Debtor and Debtor's counsel in advance of the Initial Debtor Interview ("IDI") to understand the Debtor's assets and anticipated strategy for a plan. Trustee researched the Debtor, possible claims and properties. Applicant attended the IDI and the 341 Meeting of Creditors. Applicant reviewed Debtor's status report and attended the related status conference as required. Applicant remained in regular contact with Debtor's counsel, requesting clarification of Monthly Operating Reports and discussing comments and questions arising from the review of the filed plan among other matters. Applicant reviewed the Plan, amended schedules and other filings. Applicant attended the confirmation hearing and reviewed the proposed confirmation order prior to entry. The Debtor anticipates filing a Notice of Effective Date and Notice of Substantial Consummation shortly. The Plan provides that all payments will be made upon the Effective Date so while this Plan is approved as a Non-Consensual Plan, the Trustee believes that she will be required to do minimal work through the conclusion of this case, to include filing her Report of No Distribution. The Trustee does not intend to file additional requests for compensation. However, should the Debtor not file the anticipated notices timely and the Trustee is required to expend additional time, the Trustee may file further applications.

13. Applicant hereby affirms to the Court that the fees and expenses requested by this Application are (i) for actual, reasonable, and necessary services rendered by the Applicant, (ii) based upon customary fees charged and generally approved by this Court for services of this nature provided by comparably skilled professionals, and (iii) consistent with Part C (Reimbursement of Disbursements and Expenses) of Appendix D to the Local Bankruptcy Rules.

14. Applicant submits that this Application satisfies the lodestar formula and factors set forth in § 330(a) of the Bankruptcy Code and in *Johnson v. Georgia Highway Express, Inc.*,

488 F.2d 714 (5th Cir. 1974) (as adopted by the Fourth Circuit in *Barber v. Kimbrells, Inc.*, 577 F.2d 216, 226 (4th Cir. 1978)).

16. No agreement or understanding exists between the Applicant and any other person for the division or sharing of the compensation or expenses that are the subject of this Application.

16. Use of this short form fee application was authorized for this case by the Court's Initial Scheduling Order in this case entered on October 28, 2025 [Docket No. 15].

WHEREFORE, the Applicant prays that the Court enter an Order approving the compensation and reimbursement of expenses as sought in this Application as an allowed administrative expense priority claim.

Date: <u>May 4, 2026</u>    By: <u>/S/ Angela L. Shortall</u>

Angela L. Shortall, Trustee
3Cubed Advisory Services, LLC
348 Thompson Creek Mall, Suite 339
Stevensville, MD 21666
Phone: (410) 200-3465
Email:  ashortall@3cubed-as.com

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 4th of May 2026, the foregoing Application was served by CM/ECF upon the US Trustee and upon:

- Richard L. Costella     rcostella@tydings.com, myoung@tydings.com;pcoolbaugh@tydings.com
- Courtney L. Morgan     courtney.l.morgan@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- L. Jeanette Rice     Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- US Trustee - Greenbelt     USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig     mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email And via US Mail, postage prepaid upon

<u>/S/ Angela L. Shortall</u>
Angela L. Shortall, Trustee