EXHIBIT A

**7333 New Hampshire**

**Case No. 25-19766**

**PROFESSIONAL SERVICES**

| Date | Employee | Hours | Rate | Amount | Description |
|------|----------|-------|------|--------|-------------|
| 10/21/2025 | Angela Shortall | 0.3 | $525.00 | $157.50 | Initial call with Debtor's counsel |
| 11/6/2025 | Angela Shortall | 0.6 | $525.00 | $315.00 | Attend IDI |
| 11/6/2025 | Angela Shortall | 0.3 | $525.00 | $157.50 | Research corp name and properties |
| 11/19/2025 | Angela Shortall | 0.9 | $525.00 | $472.50 | Attend 341 |
| 12/8/2025 | Angela Shortall | 0.3 | $525.00 | $157.50 | Review filed claims |
| 12/11/2025 | Angela Shortall | 0.3 | $525.00 | $157.50 | Review filed status report and attend Status hearing |
| 12/17/2025 | Angela Shortall | 0.1 | $525.00 | $52.50 | Review schedules; email to counsel re: requested amendment to A/B |
| 1/21/2026 | Angela Shortall | 0.2 | $525.00 | $105.00 | Initial review of plan |
| 2/11/2026 | Angela Shortall | 0.6 | $525.00 | $315.00 | Review a UST motion to dismiss; emails with counsel regarding outstanding issues. |
| 2/12/2026 | Angela Shortall | 0.3 | $525.00 | $157.50 | Continue review of plan |
| 2/12/2026 | Angela Shortall | 0.2 | $525.00 | $105.00 | Call with debtors counsel |
| 2/13/2026 | Angela Shortall | 0.3 | $525.00 | $157.50 | Review filed MORs |
| 2/16/2026 | Angela Shortall | 0.1 | $525.00 | $52.50 | Call with Debtor counsel re: motion convert or dismiss |
| 3/3/2026 | Angela Shortall | 0.4 | $525.00 | $210.00 | Review claims filed and property tax records |
| 3/3/2026 | Angela Shortall | 0.2 | $525.00 | $105.00 | Email to counsel re: case status |
| 3/3/2026 | Angela Shortall | 0.2 | $525.00 | $105.00 | Review adversary complaint |
| 3/4/2026 | Angela Shortall | 0.1 | $525.00 | $52.50 | Call with counsel |
| 3/6/2026 | Angela Shortall | 0.3 | $525.00 | $157.50 | Review ballot Talley and declaration in support of plan |
| 3/6/2026 | Angela Shortall | 0.1 | $525.00 | $52.50 | Email to counsel re: MOR questions |
| 3/9/2026 | Angela Shortall | 0.3 | $525.00 | $157.50 | Prepare for confirmation hearing; emails to counsel |
| 3/9/2026 | Angela Shortall | 0.1 | $525.00 | $52.50 | Call with counsel re: confirmation order |
| 3/9/2026 | Angela Shortall | 0.1 | $525.00 | $52.50 | Review amended schedules |
| 3/9/2026 | Angela Shortall | 0.2 | $525.00 | $105.00 | Review draft confirmation order |
| 3/10/2026 | Angela Shortall | 0.2 | $525.00 | $105.00 | Review UST default notice; emails/calls with counsel andUST |
| 3/11/2026 | Angela Shortall | 0.3 | $525.00 | $157.50 | Emails/calls re default notice |
| 3/11/2026 | Angela Shortall | 0.3 | $525.00 | $157.50 | Review documents in preparation for confirmation hearing |
| 3/11/2026 | Angela Shortall | 0.2 | $525.00 | $105.00 | Attend virtual confirmation hearing |

EXHIBIT A

**7333 New Hampshire**
**Case No. 25-19766**

**PROFESSIONAL SERVICES**

| Date | Employee | Hours | Rate | Amount | Description |
|------|----------|-------|------|--------|-------------|
| 5/1/2026 | Angela Shortall | 0.8 | $525.00 | $420.00 | Begin prep of fee application |
| 5/1/2026 | Angela Shortall | 0.4 | $525.00 | $210.00 | Finalalize, file and serve fee application |
| Total | | 8.7 | | $4,567.50 | |

EXPENSES    UPDATE

| | | | |
|---|---|---|---|
| Postage charges - Fee App. Notice | $9.62 | Mailing Fee app and notice - 13 parties at $0.74 each |
| Copy Charges - Fee App. Notice | $5.00 | Copy charges - Small Job Flat Fee (26 pages) |
| Total Expenses | $14.62 | |
| Total Fees and Expenses | $4,582.12 | |