**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)**

| | | |
|---|---|---|
| **7333 New Hampshire T Unites, LLC,** | * | **25-19766 - LSS** |
| | * | **(Chapter 11-Subchapter V)** |
| **Debtor** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF FILING AN APPLICATION FOR COMPENSATION OF ANGELA
SHORTALL, SUBCHAPTER V TRUSTEE, FOR ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE
PERIOD OCTOBER 20, 2025 THROUGH MAY 4, 2026**

NOTICE IS HEREBY GIVEN that Angela Shortall, Subchapter V Trustee (the "Applicant') for 7333 New Hampshire T Unites, LLC (the "Debtor") has filed an Application for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period October 20, 2025 through May 4, 2026 (the "Application").

The Application seeks an order awarding compensation of **$4,567.50** for fees incurred and **$14.62** for out-of-pocket expenses, for a total award of **$4,582.12**. The Application may be inspected by any interested party at the Office of the Clerk, United States Bankruptcy Court, 101 West Lombard Street, Baltimore, Maryland, 21201.

The Debtor's Plan provides that all payments will be made upon the Effective Date so while this Plan is approved as a Non-Consensual Plan, the Trustee believes that she will be required to do minimal work through the conclusion of this case, to include filing her Report of No Distribution. The Trustee does not intend to file additional requests for compensation. However, should the Debtor not file the anticipated notices timely, and the Trustee is required to expend additional time, the Trustee may file further applications.

**Creditors and other parties in interest objecting to the Application are required to file such objections, with specific reasons therefore, with the Clerk of the United States Bankruptcy Court, 101 West Lombard Street, Baltimore, Maryland, 21201 within twenty-one (21) days from the date of this Notice. A copy of any objection should be served on the undersigned, and upon the Assistant United States Trustee, 101 West Lombard Street, Suite 2625, Baltimore, Maryland 21201. If an objection is filed, the Court may act on any such objection with or without a hearing, at its discretion. If no objections are filed, the Court may approve the Application without further notice.**

Date: May 4, 2026

By: /S/ Angela L. Shortall_____
Angela L. Shortall, Trustee
3Cubed Advisory Services, LLC
348 Thompson Creek Mall, Suite 339
Stevensville, MD 21666
Phone: (410) 200-3465
Email:     ashortall@3cubed-as.com

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of May 2026, the above Notice of Subchapter V Trustee's Application for Compensation was served by CM/ECF upon the US Trustee and upon:

- Richard L. Costella     rcostella@tydings.com, myoung@tydings.com;pcoolbaugh@tydings.com
- Courtney L. Morgan     courtney.l.morgan@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- L. Jeanette Rice     Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- US Trustee - Greenbelt     USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig     mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email And via US Mail, postage prepaid upon

And was served via US Mail, first-class postage pre-paid, upon:

**7333 New Hampshire T Unites, LLC**

**Creditor Matrix**

| Name | Address1 | Address2 | City/State/Zip |
|---|---|---|---|
| 7333 New Hampshire T Units LLC | 1801 16th Street, NW#606 | | Washington, DC 20009-3324 |
| Comptroller of Maryland | Bankruptcy Unit | 7 St Paul Street, Ste 230 | BALTIMORE MD 21202-1626 |
| Comptroller of Maryland | Revenue Administration Div. | PO Box 549 | Annapolis, MD 21404-0549 |
| DC Office of Tax and Revenue | 1101 4th St., SW | 270 | Washington, DC 20024-4457 |
| Hermes Espinoza | 7333 New Hampshire Ave. | Unit 902 | Takoma Park, MD 20912-6965 |
| Internal Revenue Service | PO Box 7346 | | Philadelphia, PA 19101-7346 |
| Lawrence Wachtel, Esq. | 1401 Rockville Pike | Suite 560 | Rockville, MD 20852-1434 |
| Montgomery County | 27 Courthouse Square | Suite 200 | Rockville, MD 20850-2308 |
| Takoma Overlook Condominium Association | 401 N. Washington Street | Suite 500 | Rockville, MD 20850-1789 |
| Takoma Overlook Condominium Association, Inc | c/o Lawrence I. Wachtel, Esq. | 1401 Rockville Pike, Suite 560 | Rockville, Maryland 20852-1434 |
| West 11 LLC | 1700 Reisterstown Rd | Suite 212 | Baltimore, MD 21208-2484 |
| West 11, LLC | c/o Tydings & Rosenberg LLP | 1 East Pratt Street, Suite 901 | Baltimore, MD 21202-1249 |
| West 11, LLC | c/o Eskin Law, LLC | 1700 Reisterstown Rd Ste 212 | Pikesville, MD 21208-2484 |

/S/ Angela L. Shortall_____

Angela L. Shortall, Trustee