# The VerStandig Law Firm, LLC

# INVOICE

9812 Falls Road, #114-160
Potomac, MD 20854

Invoice # 11129
Date: 05/16/2026
Due On: 06/15/2026

Tenacity 7333 New Hampshire Avenue LLC

## 00596-Tenacity 7333 New Hampshire Avenue LLC

## Bankruptcy

| | Subtotal | $0.00 |
|---|---|---|

## 00597-Tenacity 7333 New Hampshire Avenue LLC

## Case Management

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 10/19/2025 | Draft suggestions of bankruptcy and notices of appearance to be filed in both Circuit Court cases and docket same (0.3); Call sheriff's eviction line and leave voicemail indicating bankruptcy case has been filed (0.1); Update client as to foregoing via e-mail (no incremental increase in time billed) | 0.40 | $600.00 | $240.00 |
| Service | 11/06/2025 | Attend initial debtor interview | 0.60 | $600.00 | $360.00 |
| Service | 11/06/2025 | Appear at initial debtor interview and address trustee questions regarding organization and case background. | 0.50 | $300.00 | $150.00 |
| Service | 11/06/2025 | Call with client following initial debtor interview, re case next steps | 0.20 | $600.00 | $120.00 |
| Service | 12/10/2025 | Draft Section 1188 report (.6); Call with Subchapter V trustee re case status (.2) | 0.80 | $600.00 | $480.00 |
| Service | 12/10/2025 | Send email to M. Postal requesting submission of outstanding monthly operating report. | 0.10 | $300.00 | $30.00 |
| Service | 12/11/2025 | Attend status conference | 0.10 | $600.00 | $60.00 |
| Service | 02/11/2026 | Review bank statements and begin to draft MORs, while exchanging e-mails with client re anomalous entries on bank statements | 0.60 | $600.00 | $360.00 |
| Service | 03/11/2026 | Call with counsel for US Trustee re agreement terms to resolve default notice (8 mins); Call with | 0.40 | $600.00 | $240.00 |

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| | | Sub V trustee re same (6 mins); Calls with client re same (1 min, 7 mins) | | | |
| Service | 03/11/2026 | E-mail to client following up on confirmation hearing and need to comply with UST agreement by COB Friday | 0.10 | $600.00 | $60.00 |
| Service | 03/13/2026 | Send email to M. Postal regarding incorrect address on certificate of insurance and request correction (.1); Send email to C. Morgan providing proof that DIP account is open and pre-petition account has been closed (.1); Phone call with M. Postal regarding outstanding documentation and compliance items (.1); Internal call with M. VerStandig regarding outstanding documentation and case strategy (.2) | 0.50 | $300.00 | $150.00 |
| Service | 04/07/2026 | Call with M. Postal re timing for default and plan payments | 0.10 | $600.00 | $60.00 |
| Service | 04/07/2026 | Call with R. Costella re his client's intention to accept default | 0.10 | $600.00 | $60.00 |
| Service | 05/06/2026 | E-mail to M. Postal re plan payment obligations | 0.20 | $600.00 | $120.00 |

|  |  |  | | **Subtotal** | **$2,490.00** |

## 00598-Tenacity 7333 New Hampshire Avenue LLC

## Plan and Disclosure Statement

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 01/19/2026 | Draft and file plan of reorganization | 1.50 | $600.00 | $900.00 |
| Expense | 02/02/2026 | Reimbursable expenses: Plan and scheduling order mailing:<br><br>Printing Subtotal: $29.26<br>- Credits Applied: $0.00<br>= Printing: $29.26<br>+ Postage: $14.98<br>+ Address List Processing: $.00<br>+ ECF Access: $.00<br>+ Miscellaneous: $.00<br>= Total: $ 44.24 | 1.00 | $44.24 | $44.24 |
| Service | 03/11/2026 | Attend confirmation hearing (via Zoom) | 0.20 | $600.00 | $120.00 |

|  |  |  | | **Subtotal** | **$1,064.24** |

## 00599-Tenacity 7333 New Hampshire Avenue LLC

## Employment and Fee Applications

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 11/06/2025 | | 0.20 | $600.00 | $120.00 |
| Service | 11/26/2025 | Draft employment application and accompanying declaration | 0.40 | $600.00 | $240.00 |
| | | | | Subtotal | $360.00 |

## 00634-Tenacity 7333 New Hampshire Avenue LLC

## West 11 Adversary Proceeding

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 02/16/2026 | Research, draft and file adversary complaint against West 11, LLC (time spanned overnight hours between February 16 and 17 but is billed, as a single entry, to February 16) | 2.70 | $600.00 | $1,620.00 |
| Service | 04/10/2026 | Draft motion for entry of clerk's default | 0.40 | $600.00 | $240.00 |
| Service | 04/10/2026 | Research and draft motion for entry of default judgment, including detailed review of Tucker opinion and of Fourth Circuit and District of Maryland case law governing standard for entry of a default judgment in a non-monetary suit | 2.90 | $600.00 | $1,740.00 |
| Expense | 04/10/2026 | Mailing: Service of motion for default judgment<br><br>Printing Subtotal: $14.50<br>- Credits Applied: $0.00<br>= Printing: $14.50<br>+ Postage: $5.35<br>+ Address List Processing: $.00<br>+ ECF Access: $.00<br>+ Miscellaneous: $.00<br>= Total: $ 19.85 | 1.00 | $19.85 | $19.85 |
| | | | | Subtotal | $3,619.85 |
| | | | | Total | $7,534.09 |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 11129 | 06/15/2026 | $7,534.09 | $0.00 | $7,534.09 |
| | | | **Outstanding Balance** | **$7,534.09** |
| | | | **Total Amount Outstanding** | **$7,534.09** |

Please make all amounts payable to: The VerStandig Law Firm, LLC

Please pay within 30 days.