Label Matrix for local noticing
0416-0
Case 25-19766
District of Maryland
Greenbelt
Sat May 16 18:14:40 EDT 2026

7333 New Hampshire T Units LLC
1801 16th Street, NW#606
Washington, DC 20009-3324

U.S. Trustee
Office of The United States Trustee
6305 Ivy Lane
Suite 600
Greenbelt, MD 20770-6305

West 11 LLC
1700 Reisterstown Rd
Suite 212
Baltimore, MD 21208-2484

(p)COMPTROLLER OF MARYLAND
BANKRUPTCY UNIT
7 ST PAUL STREET SUITE 230
BALTIMORE MD 21202-1626

Comptroller of Maryland
Revenue Administration Division
PO Box 549
Annapolis, MD 21404-0549

DC Office of Tax and Revenue
1101 4th St., SW
270
Washington, DC 20024-4457

Hermes Espinoza
7333 New Hampshire Avenue
Unit 902
Takoma Park, MD 20912-6965

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Lawrence Wachtel, Esq.
1401 Rockville Pike
Suite 560
Rockville, MD 20852-1434

Lawrence Wachtel, Esq.
1401 Rockville Pike
Unit 560
Rockville, MD 20852-1434

Montgomery County
27 Courthouse Square
Suite 200
Rockville, MD 20850-2308

Takoma Overlook Condominium Association
401 N. Washington Street
Suite 500
Rockville, MD 20850-1789

Takoma Overlook Condominium Association, Inc
c/o Lawrence I. Wachtel, Esq.
1401 Rockville Pike, Suite 560
Rockville, Maryland 20852-1434

US Trustee – Greenbelt
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770-6305

West 11, LLC
c/o Eskin Law, LLC
1700 Reisterstown Rd Ste 212
Pikesville, MD 21208-2484

West 11, LLC
c/o Richard L. Costella
Tydings & Rosenberg, LLP
1 East Pratt Street, Suite 901
Baltimore, Maryland 21202-1249

West 11, LLC
c/o Tydings & Rosenberg LLP
1 East Pratt Street, Suite 901
Baltimore, MD 21202-1249

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854-3976

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Comptroller of Maryland
7 St. Paul Street, Bankruptcy, Suite ï¿½
Baltimore, MD 21202-0636

End of Label Matrix
  Mailable recipients    18
Bypassed recipients     0
Total               18