**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

In re                                                        Case No. 25-19766-LSS

7333 New Hampshire T Units LLC                               Chapter 11

    Debtor.

_____/

**NOTICE OF FIRST AND FINAL APPLICATION OF THE**
**VERSTANDIG LAW FIRM, LLC D/B/A THE BELMONT**
**FIRM FOR PAYMENT OF LEGAL FEES AND REIMBURSEMENT OF EXPENSES**

NOTICE IS HEREBY GIVEN that The VerStandig Law Firm, LLC d/b/a The Belmont

Firm (the "Applicant'), counsel for the debtor (the "Debtor"), has filed a first and final application

for compensation and reimbursement of expenses (the "Application").

The Application seeks an order approving compensation of $7,470.00 in legal fees, and

approving expenses of $44.24. The Applicant asks the combined sum ($7,514.24) be paid under

the Debtor's confirmed plan of reorganization.

The Application may be inspected by any interested party at the Office of the Clerk, United

States Bankruptcy Court, 6500 Cherrywood Lane, Greenbelt, Maryland 20770.

Creditors and other parties in interest objecting to the Application are required to file such

objections, with specific reasons therefore, with the Clerk of the United States Bankruptcy Court,

6500 Cherrywood Lane, Greenbelt, Maryland 20770 within twenty-one (21) days from the date of

mailing of this Notice. A copy of any objection should be served on the undersigned. If an

objection is filed, the Court may act on any such objection with or without a hearing, at its

discretion. If no objections are filed, the Court may approve the Application without further notice.

Respectfully submitted,

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. 18071
THE BELMONT FIRM
1050 Connecticut Avenue NW,
Suite 500
Washington, DC 20036
Phone: (301) 444-4600
E-mail: mac@dcbankruptcy.com
*Counsel for The VerStandig Law
Firm, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of May, 2026, a copy of the foregoing was served electronically upon filing via the ECF system on all counsel who have entered an appearance herein, including:

- Richard L. Costella    rcostella@tydings.com, myoung@tydings.com;pcoolbaugh@tydings.com
- L. Jeanette Rice    Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

I FURTHER CERTIFY that on the 18th day of May, 2026, a copy of this notice is being sent via First Class Mail, postage prepaid, to all parties on the mailing matrix in this case, *except* that no copy is being mailed to undersigned counsel.

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.