Entered: June 4th, 2026
Signed: June 3rd, 2026

**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | | |
|---|---|---|
| **7333 New Hampshire T Unites, LLC,** | * | **25-19766 - LSS** |
| | * | **(Chapter 11-Subchapter V)** |
| **Debtor** | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### ORDER APPROVING SUBCHAPTER V TRUSTEE'S
### FIRST AND FINAL APPLICATION FOR COMPENSATION

Upon consideration of the Application of Angela L. Shortall, Subchapter V Trustee, for allowance of compensation and expenses for services performed, and any objections thereto, and for good cause shown, it is by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that Angela L. Shortall is awarded an administrative expense priority claim for professional services rendered as Subchapter V Trustee in the amount of $4,567.50 for the period October 20, 2025 to May 4, 2026 and $14.62 in reimbursement of out-of-pocket expenses, for a total administrative expense priority claim of $4,582.12.

cc:
Office of the US Trustee
Debtor
Debtor's Counsel
Angela L. Shortall, Subchapter V Trustee

[END OF ORDER]