United States Bankruptcy Court

District of Maryland

In re:                                                                                                    Case No. 25-19766-LSS

7333 New Hampshire T Units LLC                                                          Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-0 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 04, 2026 | Form ID: pdfall | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + 7333 New Hampshire T Units LLC, 1801 16th Street, NW#606, Washington, DC 20009-3324 |
| | + Angela L. Shortall, 348 Thompson Creek Mall, Suite 339, Stevensville, MD 21666-2500 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | + Email/Text: ustpregion04.gb.ecf@usdoj.gov | Jun 04 2026 19:28:00 | U.S. Trustee - Greenbelt, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770-6305 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2026                Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Courtney L. Morgan | courtney.l.morgan@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV |
| L. Jeanette Rice | Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |

District/off: 0416-0                     User: admin                              Page 2 of 2
Date Rcvd: Jun 04, 2026                  Form ID: pdfall                          Total Noticed: 3

Richard L. Costella
                         rcostella@tydings.com  myoung@tydings.com,pcoolbaugh@tydings.com

US Trustee - Greenbelt
                         USTPRegion04.GB.ECF@USDOJ.GOV


TOTAL: 5

Entered: June 4th, 2026
Signed: June 3rd, 2026

**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | | |
|---|---|---|
| **7333 New Hampshire T Unites, LLC,** | * | **25-19766 - LSS** |
| | * | **(Chapter 11-Subchapter V)** |
| **Debtor** | * | |
| | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

### ORDER APPROVING SUBCHAPTER V TRUSTEE'S
### FIRST AND FINAL APPLICATION FOR COMPENSATION

Upon consideration of the Application of Angela L. Shortall, Subchapter V Trustee, for allowance of compensation and expenses for services performed, and any objections thereto, and for good cause shown, it is by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that Angela L. Shortall is awarded an administrative expense priority claim for professional services rendered as Subchapter V Trustee in the amount of $4,567.50 for the period October 20, 2025 to May 4, 2026 and $14.62 in reimbursement of out-of-pocket expenses, for a total administrative expense priority claim of $4,582.12.

cc:
Office of the US Trustee
Debtor
Debtor's Counsel
Angela L. Shortall, Subchapter V Trustee

[END OF ORDER]