United States Bankruptcy Court

District of Maryland

In re:                                                                                      Case No. 25-19766-LSS

7333 New Hampshire T Units LLC                                          Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-0 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jun 17, 2026 | Form ID: pdfall | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2026:**

**Recip ID          Recipient Name and Address**
db          + 7333 New Hampshire T Units LLC, 1801 16th Street, NW#606, Washington, DC 20009-3324

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2026                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2026 at the address(es) listed below:

**Name                              Email Address**

Courtney L. Morgan

    courtney.l.morgan@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV

L. Jeanette Rice

    Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV

Maurice Belmont VerStandig

    mac@mbvesq.com
    lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Richard L. Costella

    rcostella@tydings.com  myoung@tydings.com,pcoolbaugh@tydings.com

US Trustee - Greenbelt

    USTPRegion04.GB.ECF@USDOJ.GOV

TOTAL: 5

Entered: June 17th, 2026
Signed: June 16th, 2026

**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

In re                                                    Case No. 25-19766-LSS

7333 New Hampshire T Units LLC               Chapter 11

        Debtor.

_____/

**ORDER GRANTING FIRST AND FINAL APPLICATION OF THE
VERSTANDIG LAW FIRM, LLC D/B/A THE BELMONT
FIRM FOR PAYMENT OF LEGAL FEES AND REIMBURSEMENT OF EXPENSES**

Upon consideration of the First and Final Application of The VerStandig Law Firm, LLC d/b/a The Belmont Firm for Payment of Legal Fees and Reimbursement of Expenses (the "Application") filed by The VerStandig Law Firm, LLC ("VLF"), any opposition thereto, the arguments set forth therein, the record herein, and applicable law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

FOUND, that the fees sought by VLF have been appropriately earned by the firm and its attorneys during the pendency of this case; and it is further

FOUND, that the expenses for which VLF seeks reimbursement represent costs validly incurred by VLF during the pendency of this case; and it is further

1

ORDERED, that the Application be, and hereby is, GRANTED; and it is further

ORDERED, that the total fees of $7,470.00, charged by VLF in connection with its representation of OB LLC (the "Debtor") in this matter be, and hereby are, APPROVED; and it is further

ORDERED, that total reimbursements of $44.24, for out-of-pocket expenses actually and necessarily incurred by VLF in connection with its representation of the Debtor in this matter be, and hereby are, APPROVED; and it is further

ORDERED, that VLF is granted an allowed administrative claim in the amount of $7,514.24, to be paid (i) first, from monies remaining (if any) in the IOLTA account of VLF, from the retainer paid for the benefit of the Debtor, after payment of the allowed fees and expenses of the Subchapter V Trustee; and (ii) second, from the Debtor's estate in accord with the provisions of the confirmed plan of reorganization in this case.

Copies:

All Counsel of Record